PER CURIAM.
 

 The father appeals an order adjudicating his 7 year old child dependent. Setting aside the evidence of the child’s presence during a domestic violence incident, which was minimal, the finding that the child suffered mental harm as a result of witnessing the domestic violence incident was not supported by competent substantial evidence. The only evidence of harm to the child came from the hearsay testimony from a child advocate.
 
 See B.C. v. Dep’t of Children & Families,
 
 846 So.2d 1273 (Fla. 4th DCA 2003);
 
 K.V. v. Dep’t of Children & Family Servs.,
 
 939 So.2d 200 (Fla. 2d DCA 2006);
 
 K.B. v. Dep’t of Children & Family Servs.,
 
 937 So.2d 709 (Fla. 2d DCA 2006). We therefore reverse the adjudication of dependency.
 

 GROSS, C.J., POLEN and FARMER, JJ., concur.